IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC ANTONIO ESPINOZA,<br><br>Defendant. | CR 21-43-BLG-SPW<br><br>ORDER |
|---|---|

Upon the United States' Unopposed Motion to File Out of Time Notice of Witness Testimony for Suppression Hearing (Doc. 32), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the United States' motion to file their notice out of time is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 4th day of January 2022.

SUSAN P. WATTERS
United States District Court Judge

1